1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Road
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
mayers@hinshawlaw.com

Randy J. Aoyama (020096)
Michael R. Ayers (024318)
Attorneys for Defendant Portfolio Recovery Associates, LLC

MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA

MOON VALLEY JUSTICE COURT

| | | |
|---|---|---|
| Natalie Nastulczykova, | ) | No. CC2015-071961 RC |
| Plaintiff, | ) | **NOTICE OF REMOVAL** |
| v. | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| Defendant. | ) | |

To: Court Administrator, Maricopa County Justice Court

PLEASE TAKE NOTICE that on May 29th, 2015, Defendant Portfolio Recovery Associates, LLC, filed a Notice of Removal of this action from the Justice Court of Arizona, Maricopa County, to the United States District Court for the District of Arizona, a copy of which is attached hereto as Exhibit A. The undersigned certifies that a copy of the Notice was served on Plaintiff on May 29, 2015 by the United States Mail.

DATED this 29th day of May, 2015.

HINSHAW & CULBERTSON LLP

Randy J. Aoyama
Michael R. Ayers
Attorneys for Defendant Portfolio
Recovery Associates, LLC

23399394v1 2448

COPY of the foregoing mailed this
29th day of May, 2015, to:

Kevin Fallon McCarthy
Amanda Hough
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

By _Eleanor Powell_

2

23399394v1 2448

McCarthy Law PLC
Kevin Fallon McCarthy
State Bar # 011017
4250 North Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
(480)696-5936
Attorney For The Plaintiff(s)

MOON VALLEY
JUSTICE COURT
FILED

2015 MAY 11   AM 11:43

MICHAEL K. JEANES, CLERK
RECEIVED AT OUTSIDE
DEPOSITORY

15 MAY 11   AM 11:01

Lawgistic Partners AZ, LLC
14626 N 78th Way, Unit A
Scottsdale, AZ 85260
(480) 966-2228

**STATE OF ARIZONA**

**COUNTY OF MARICOPA**

In the Moon Valley Justice Court of the State of Arizona
in and for the County of Maricopa 18380 North 40th
Street, Phoenix, AZ 85032

**CASE NO. CC2015071961RC**

**NATALIE NASTULCZYKOVA,**
      Plaintiff(s),
vs.

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**
      Defendant(s),

**CERTIFICATE OF SERVICE**

ARIZONA          )
MARICOPA     ) ss.

The undersigned, being first duly sworn, states:
That I am fully qualified, pursuant to RCP 4(d), to serve process in this cause:

On **05/01/2015** at **11:34 AM**, I served the within **SUMMONS, NOTICE TO THE DEFENDANT, COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT/EXHIBIT A-B AND INITIAL DISCOVERY SET TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC on PORTFOLIO RECOVERY ASSOCIATES, LLC at S/A: CORPORATION SERVICE COMPANY 2338 WEST ROYAL PALM ROAD, SUITE J, PHOENIX, AZ 85021** in the manner indicated below:

By delivering a true copy of this process to **ANDREA INFANTE, AUTHORIZED REPRESENTATIVE** of the above named corporation/business entity and informing him/her of the contents.

Description: Sex: **FEMALE** Skin: **LIGHT** Hair: **DARK BLONDE** Age: **21** Height: **5FT 7IN**

Comments/Prev. Attempts: **BY SERVING PORTFOLIO RECOVERY ASSOCIATES, LLC, BY LEAVING TRUE COPIES OF THE DOCUMENTS WITH ANDREA INFANTE, FRONT DESK CLERK, WHO IS AUTHORIZED TO ACCEPT SERVICE AND DID ACCEPT SERVICE ON BEHALF OF CORPORATION SERVICE COMPANY, STATUTORY AGENT.**

Under penalty of perjury I declare that I have read the foregoing Certificate of Service and that the facts stated in it are true.

| | |
|---|---|
| Service of Process - Standard | $55.00 |
| Filing Fee | $3.00 |
| Courier Service | $25.00 |
| **TOTAL:** | **$83.00** |

X _____
**Olivia Gable #MC-8467**, Affiant
Certified in the County of **Maricopa**
Job Number: 347177
Client File: PORTFOLIO RECOVERY
Printed on 05/06/2015

MOON VALLEY
JUSTICE COURT
FILED

2015 APR 23  PM 4: 16

**MCCARTHY LAW PLC**
(CANDID CONVERSATIONS, WISE COUNSEL)

Kevin Fallon McCarthy, 011017
Amanda Hough, 030072
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
amanda.hough@mccarthylawyer.com
Attorneys for Plaintiff

## MOON VALLEY JUSTICE COURT
### MARICOPA COUNTY, STATE OF ARIZONA
18380 N. 40TH STREET, PHOENIX, AZ 85032

NATALIE NASTULCZYKOVA,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

      Defendant.

Case No.: CC2015 071961 RC

**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 *et seq.*)**

COMES NOW Plaintiff, NATALIE NASTULCZYKOVA ("Plaintiff"), by and through counsel undersigned, and for her cause of action against the above-named Defendant alleges as follows:

1. That, on information and belief, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), is, and at all times relevant hereto was, a corporation registered with the Arizona Corporation Commission as a Foreign Corporation doing business in Arizona and has designated the following registered statutory agent and domestic address: CORPORATION SERVICE COMPANY, 2338 West Royal Palm Road, Suite J, Phoenix, Arizona 85021.

2. That, on information and belief, Defendant is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

3. That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had the necessary minimum contacts with the State of Arizona

4. That the Plaintiff is a consumer and victim of inaccurate reporting by Defendant.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

5.   That on August 26, 2014, Plaintiff, through counsel, sent a written dispute to Defendant regarding her Bank of America account ending in 3275.  *See* Exhibit A.

6.   That, as of February of 2015, the Defendant willfully failed to notify, at a minimum, one of the three major Credit Reporting Agencies, TransUnion, LLC, of the disputes relating to the Bank of America account ending in 3275 in violation of its obligation to do so pursuant to 15 U.S.C. § 1681s-2, which requires such notice.  *See* Exhibit B, Plaintiff's TransUnion credit report.

7.   The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

8.   As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.   Actual damages, pursuant to 15 U.S.C. § 1681n(1)(A), of not less than $100 and not more than $1,000 per violation;

2.   Statutory damages, pursuant to 15 U.S.C. § 1681, of $1,000 per violation;

3.   Punitive damages, pursuant 15 U.S.C. § 1681n(2), for Defendant's willful violation;

4.   The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(3); and

5.   Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 23rd day of April, 2015.

MCCARTHY LAW, PLC

By: /s/Kevin Fallon McCarthy
Kevin Fallon McCarthy, Esq.
Attorney for Plaintiff

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Nastulczykova v. PRA                                    2                                    COMPLAINT

# Exhibit A

## McCarthy Law PLC
4250 N. Drinkwater Blvd. STE 320, Scottsdale, AZ 85251
Tel. (602) 456-8900 Fax (602) 218-4447

This law firm practices
in the following states:

ARIZONA

CALIFORNIA

COLORADO

GEORGIA

MARYLAND

OHIO

TEXAS

WASHINGTON

August 26, 2014

Portfolio Recovery Associates
Sent via email: PRA_Disputes@portfoliorecovery.com

Natalie Nastulczykova
c/o McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste 320
Scottsdale, AZ 85251

Re: Bank of America
Account # 4264-2858-1044-3275

To whom this may concern,

I represent the above named individuals in connection with the outstanding balance of the account allegedly owed to your institution. We are currently reviewing the facts in this matter in order to determine all feasible resolutions as well as advise my client regarding the full range of options. My client has asked us to work directly with your institution to consider all alternatives.

I have advised my client of rights under Fair Debt Collections Practices Act and applicable law. We trust that your institution will remain cognizant of and compliant with its responsibilities pursuant to the FDCPA and applicable law.

With that said, we request a validation of the debt in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. §1692(g) ("FDCPA"). Please be advised that this is not a refusal to pay but a notice sent pursuant to the FDCPA that you are not allowed to pursue collection activity until the debt is validated. You should be made aware that in Boatley v. Diem Corporation, CIV-03-0762 U.S.D.C. D. Ariz. (2004), the courts ruled that reporting a collection account indeed is considered collection activity.

This is NOT a request for "verification" or proof of mailing address, but a request for validation made pursuant to the FDCPA. We respectfully request that your agency provide us with competent evidence that our client has any legal obligation to pay you. We are giving a list of the required documentation. Please provide us with the following:

- Complete payment history, the requirement of which has been established via Spears v. Brennan, 745 N.E.2d 862 (2001)
- Copy of the agreement that bears our client's signature where our client agreed to pay the original creditor.
- Identification of the original creditor.
- Letter of sale or assignment from the original creditor to your company. (Agreement with the original creditor that grants you the authority to collect on this alleged debt.)
- Intimate knowledge of the creation of the debt by you, the collection agency.
- For what the money is due
- The original amount of the debt and how you calculated what you allege our client owes (Fields v. Wilber Law Firm, 383 F.3d 562 (2004))
- Identify the amount your agency paid the original creditor to purchase this alleged debt
- Prove the Statute of Limitations has not expired on this account
- Show me that you are licensed to collect in Arizona
- Provide me with your license numbers and Registered Agent

At this time we will also inform you that if your agency has reported invalidated information to any of the three major Credit Bureaus (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of our client's credit reports by your company or the company that you represent we will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character

Also during this validation period, if any action is taken which could be considered detrimental to any of our client's credit reports, we will pursue litigation. This includes listing any information to a credit reporting agency that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof.

If your agency fails to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from our client's credit file and a copy of such deletion request shall be sent to us immediately.

This is also your notice that you are to limit all future communication with our client and direct all communication to McCarthy Law.

Sincerely,
Ashley Y. Tuchman
Ashley Y. Tuchman, Esq.
McCarthy Law, P.L.C

# Exhibit B

# Personal Credit Report for NATALIE NASTULCZYKOVA

February 12, 2015
Source: TransUnion

**Found an inaccuracy?**
**Click to learn about correcting.**

**Print report**

**Save as PDF**

We recommend that you print or save this page. Closing this
window will end the free credit report request process and you
will be unable to return for a year.

**File Number:**
327723396

-Begin Credit Report-

**Personal Information**

You have been on our files since 01/26/2006

**SSN:**
XXX-XX-5673

Your SSN has been masked for your protection.

**Date of Birth:**
01/25/1983

**Names Reported:**
NATALIE NASTULCZYKOVA and NATALIE NASTULCZKOVA

**Addresses Reported:**

| Address | Date Reported |
| --- | --- |
| 4432 ENSIGN AVE APT 4, NORTH HOLLYWOOD, CA 91602-3440 | 12/19/2013 |
| 3840 MOTOR AVE APT 4, CULVER CITY, CA 90232-3134 | 06/16/2011 |
| 11173 CHARNOCK RD APT 202, LOS ANGELES, CA 90034-6551 | 05/19/2006 |
| 2904 FISK LN, REDONDO BEACH, CA 90278-5437 | 01/26/2006 |
| 4250 N DRINKWATER BLVD STE 320, SCOTTSDALE, AZ 85251-3983 | 12/17/2012 |

**Telephone Numbers Reported:**
(310) 593-3399

**Employment Data Reported:**

| Employer Name | Position | Date Verified |
| --- | --- | --- |
| NORTHAMERCIAN | REP | 11/24/2013 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not
reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key
payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit repo

| N/R | EXX | OK! | 30 | 60 | 90 | 120 | COL | VS | RPO | C |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late | Collection | Voluntary Surrender | Repo-ssession | Chan |

**Remarks Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks
gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that th
considered adverse.

| **CBG** | CLOSED BY CREDIT GRANTOR | **CLO** | CLOSED | **PAL** | PURCHASED BY AN( |
|---------|--------------------------|---------|--------|---------|------------------|
| **>PRL<** | UNPAID BALANCE CHARGED OFF | **>SET<** | SETTLED-LESS THAN FULL BLNC | | |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand
what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account
numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying
as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not
paid on or before the due date.

### BANK OF AMERICA   #426428599791****

PO BOX 982238
EL PASO, TX 79998-2238
(800) 421-2110

| | | |
|---|---|---|
| **Date Opened:** | **Date Updated:** | **Pay Status:** |
| 04/12/2006 | 06/24/2013 | >Charged Off< |
| **Responsibility:** | **Payment Received:** | **Terms:** |
| Individual Account | $0 | Paid Monthly |
| **Account Type:** | **Last Payment Made:** | **Date Closed:** |
| Revolving Account | 10/02/2012 | 01/23/2013 |
| **Loan Type:** CREDIT CARD | **Original ChargeOff:** | >Maximum Delinquency of 120 days in 04/2013 for $502 and in 05/2013< |
| | $2,951 | |

**High Balance:**
High balance of $2,531 from 08/2012 to 10/2012; $2,547 from 11/2012 to 11/2012; $2,883 from 04/2013 to 04/2013; $2,951
from 06/2013 to 06/2013
**Credit Limit:**
Credit limit of $2,500 from 08/2012 to 11/2012; $2,500 from 04/2013 to 04/2013; $2,500 from 06/2013 to 06/2013
**Estimated month and year that this item will be removed:**
11/2019

**PORTFOLIO RECOVERY   #426428599791\*\*\*\***

120 CORPORATE BLVD
NORFOLK, VA 23502
(800) 772-1413

| | | |
|---|---|---|
| **Placed for collection:** | **Balance:** | **Pay Status:** |
| 06/27/2013 | $2,951 | >In Collection< |
| **Responsibility:** | **Date Updated:** | |
| Individual Account | 01/08/2015 | |
| **Account Type:** | **Original Amount:** | |
| Open Account | $2,951 | |
| **Loan Type:**FACTORING COMPANY ACCOUNT | **Original Creditor:**FIA CARD SERVICES N A BANK | |
| | **Past Due:** | |
| | >$2,951< | |

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
11/2019

MOON VALLEY
JUSTICE COURT
FILED

2015 APR 23 PM 4:16

**McCarthy Law PLC**
(Candid Conversation · Wise Counsel)

Kevin Fallon McCarthy, 011017
Amanda Hough, 030072
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
amanda.hough@mccarthylawyer.com
Attorneys for Plaintiff

### MOON VALLEY JUSTICE COURT
### MARICOPA COUNTY, STATE OF ARIZONA
18380 N. 40TH STREET, PHOENIX, AZ 85032

| | |
|---|---|
| NATALIE NASTULCZYKOVA, | Case No.: *CC2015 071961 RC* |
| Plaintiff, | |
| v. | **SUMMONS** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

**STATE OF ARIZONA TO:**

   **PORTFOLIO RECOVERY ASSOCIATES, LLC**
   S/A: CORPORATION SERVICE COMPANY
   2338 West Royal Palm Road, Suite J
   Phoenix, Arizona 85021

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1. YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2. If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.mccarthylawyer.com

STEWART v. PRA                    1                    Summons

1    with the summons.

2    3. Your answer must be in writing.

3        (a) You may obtain an answer form from this Court.

4        (b) You may also obtain an answer form from the Form section of the Maricopa County

5    Justice Courts website at http://justicecourts.maricopa.gov.

6    4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with

7    JCRCP Rule 120.

8    5. **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE**

9    **TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST**

10   **YOU.**

11   The name and address of Plaintiff's attorney is:

12       Kevin Fallon McCarthy, Esq.
13       Amanda Hough, Esq.
         McCARTHY LAW PLC
14       4250 North Drinkwater Boulevard, #320
         Scottsdale, Arizona 85251
15

16   SIGNED AND SEALED this date: _____ 4-23-15

17

18                                      By: _____
19                                          Deputy Clerk

20

21

22

23

24

25

26

27

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

STEWART v. PRA                              2                              Summons

## NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

STEWART v. PRA                                    3                                    Summons

MOON VALLEY
JUSTICE COURT
FILED

2015 APR 23  PM 4:16

**McCarthy LAW PLC**
(Caveat Conversation: Wise Counsel)

Kevin Fallon McCarthy, 011017
Amanda Hough, 030072
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
amanda.hough@mccarthylawyer.com
Attorneys for Plaintiff

# MOON VALLEY JUSTICE COURT
# MARICOPA COUNTY, STATE OF ARIZONA
### 18380 N. 40TH STREET, PHOENIX, AZ 85032

| | |
|---|---|
| NATALIE NASTULCZYKOVA,<br><br>      Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>LLC,<br>      Defendant. | Case No.: CC<br><br>**INITIAL DISCOVERY SET TO<br>DEFENDANT PORTFOLIO RECOVERY<br>ASSOCIATES, LLC** |

Plaintiff, NATALIE NASTULCZYKOVA, gives notice of service upon and requests that Defendant individually respond to the following interrogatories, requests for production, and requests for admission within sixty (60) days of service.

## PREFATORY INSTRUCTIONS TO INTERROGATORIES

The Justice Court Rules of Civil Procedure allow a party to send up to forty (40) interrogatories to another party. An interrogatory is a written question that is sent by a party to another party that must be answered in writing and under oath by the party to whom the interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory, you must state a reason for your objection.

Provide your answers in the space directly below each question. If there is not enough space for your answer to a particular question, you may continue on a blank page by including the question above your answer. After you have completed your response to the interrogatories, you must sign on the last page to affirm that you have truthfully answered the questions and that you have a good faith basis for any objections that you may have made. You must provide your original answers to interrogatories to the party who sent them to you, and you must provide a copy to every other party in the lawsuit.

Your response to these interrogatories is due forty (40) days after they have been served on you, unless the interrogatories were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not answer these interrogatories by the date provided in this notice, the party who served them may file a motion asking that the court order you to answer them. If the court enters that order, the court may also require you to pay expenses, including attorneys' fees incurred

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
6024566900
www.mccarthylawyer.com

Nastulczykova v. PRA                    1                    DISCOVERY

by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all of your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

## **DEFINITIONS**

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

      (a)      the nature of the document (e.g., letter, memorandum, contract, etc.);

      (b)      the author or sender of the document;

      (c)      the recipient of the document;

      (d)      the date the document was authored, sent, and/or received; and

      (e)      the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Nastulczykova v. PRA                2                  DISCOVERY

1  action taken, the date of the action, the means used to effect such action, the location of origin of
   the action and the reason the action was taken.

2
3  Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

4
5  "Identify" means that you should state:

6  (a) any and all names, legal, trade or assumed;

7  (b) all addresses used; and

8  (c) all telephone and tele-fax numbers used.

9
10  "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

11  "Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

12  The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

13
14
15
16
17  **NON UNIFORM INTERROGATORIES**

**INTERROGATORY NO. 1:**  Please identify the names, addresses, and telephone numbers of all persons who supplied information responsive to these interrogatories.

**ANSWER:**

**INTERROGATORY NO. 2:**  Please identify the names, addresses, and telephone numbers of all persons who have personal knowledge of any of the facts, events, or matters that are alleged in plaintiff's complaint, your answer, anticipated answer and/or defenses thereto and describe and explain your understanding of the matters on which the persons named have knowledge.

**ANSWER:**

18
19
20
21
22
23
24
25
26
27
28

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602.456.8900
www.McCarthyLawyer.com

Nastulczykova v. PRA                          3                          DISCOVERY

**INTERROGATORY NO. 3:** Please identify all correspondence or documents that refer or relate to any correspondence or communication between you and any other person relating or referring to the facts, acts, events, or matters alleged in plaintiff's complaint, or your answer, anticipated answer and/or defenses thereto.

**ANSWER:**

**INTERROGATORY NO. 4:** Please identify each person whom you may call as a witness at trial including name, address, and telephone number, and the substance of the facts and opinions to which the witness may testify.

**ANSWER:**

**INTERROGATORY NO. 5:** Please list, explain and describe documents known to you or believed by you to exist concerning the events described in plaintiff's complaint or concerning any event which is the subject of any defense you have raised to this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 6:** Please identify each employee or non-employee witness or expert witness you believe may have formed any opinion or consulted with you about the facts or basis of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person identified, please list each and every lawsuit in which that person has testified by affidavit, deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain and describe the nature of each such statement by the person so identified. Please identify the

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Nastulczykova v. PRA                                  4                                  DISCOVERY

1  lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

2  testimony, or report was made, taken or occurred.

3  **ANSWER:**

4

5

6  **INTERROGATORY NO. 7:** Please identify all individuals known to you or your attorney who

7  are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

8  issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

9  person could testify. For each person, please state the following:

10      a.      Please state whether each such person is affiliated with, or related

11      to, or employed by any party (or its agents, servants, officers, or employees)

12      to this lawsuit;

13      b.      If any of the persons so listed in response to this interrogatory do not

14      fit the characterization in subpart (a) above, please describe the nature of

15      their involvement in this lawsuit;

16      c.      Please explain and describe your understanding of their knowledge

17      of such facts.

18  **ANSWER:**

19

20

21  **INTERROGATORY NO. 8:** Please state whether any of the individuals listed in the answers to

22  the preceding interrogatories have given any statement[s] to you and, if so, please identify the

23  individual giving the statement, identify the individual to whom the statement was given, the date

24  of the statement, and whether or not the statement was written or recorded and, if it was written or

25  recorded, identify the individual presently in possession of such writing or recording.

26  **ANSWER:**

27

28

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Nastulczykova v. PRA                5                DISCOVERY

1   **INTERROGATORY NO. 9:**  Please list each exhibit which you may attempt to introduce as

2   evidence at the trial of this case, or which has been used or referred to by any witness, expert or

3   lay, on your behalf.

4   **ANSWER**:

5

6

7   **INTERROGATORY NO. 10:** For each paragraph of plaintiff's complaint which you deny the

8   allegations, please explain and describe any facts which you believe support each denial.

9   **ANSWER**:

10

11

12   **INTERROGATORY NO. 11:**   Please explain and describe when, how and under what

13   circumstances you archive, retain or capture account data in any file bearing any of plaintiffs'

14   personal identifiers. List the archived data files and reports wherein any personal information about

15   plaintiff or attributed to any of plaintiff's personal identifiers, including the date such data was

16   captured, retained and/or archived, who has possession of those reports, the manner in which the

17   reports are maintained, and the retention policy[ies] regarding those reports. This request includes

18   your normal data file retention processes.

19   **ANSWER**:

20

21   **INTERROGATORY NO. 12:**  Please explain and describe when and how you transmit account

22   data stored in any file bearing any of plaintiff's personal identifiers to any Consumer Reporting

23   Agency ("CRA").

24   **ANSWER**:

25

26

27

28

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602.456.8900
WWW.MCCARTHYLAWYER.COM

Nastulczykova v. PRA                                    6                                    DISCOVERY

**INTERROGATORY NO. 13:**   Please explain and describe any disputes you received from plaintiff or concerning plaintiff and explain and describe your actions and disposition of your actions in connection with each contact or communication.

**ANSWER:**

**INTERROGATORY NO. 14:**   Please explain and describe each Consumer Dispute Verification or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication or other dispute communication you issued to any furnisher of credit information which pertained to plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute communication, please identify the person reporting such dispute, state the date the dispute was received and the date you issued any response, explain and describe the dispute conveyed, and fully explain and describe your response[s] on each such occasion.

**ANSWER:**

## PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION

The Justice Court Rules of Civil Procedure allow a party to request from another party up to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not produce a document or a category of documents or items because you object to a specific request, you must state a reason for your objection. A party may also request to enter on to designated land or other property to inspect it, or to take measurements, photographs, or samples.

A party who produces documents must provide them as they are kept in the usual course of business, or they must organize and label them in response to the requests. Electronic documents or electronic records must be produced in the format that has been requested or in the format that the electronic documents or records are usually kept.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Your response to requests made under this rule is due forty (40) days after the requests have been served on you, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not comply with the requests that have been made in this notice, the party who served them may file a motion asking that the court order you to comply. If the court enters that order, the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Nastulczykova v. PRA                    7                    DISCOVERY

or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

Each of the above-named parties is to produce for inspection and copying all documents in their possession or control or otherwise available to it/them that is/are responsive to the requests contained in the numbered paragraphs below. Each of the above-named parties shall specify which documents are produced in response to each of the numbered paragraphs.

If any document herein requested was formerly in the possession, custody, or control of each of the above-named parties and has been lost or destroyed, each of the above-named parties is requested to submit in lieu of each document a written statement which:

1. Describes in detail the nature of the document and its contents.

2. Identifies the person who prepared or authored the document and, if applicable, the person(s) to whom the document was sent;

3. Specifies the date on which the document was prepared or transmitted or both;

4. Specifies, if possible the date on which the document was lost or destroyed, and, if destroyed, the conditions or the reasons for such destruction and the persons requesting and performing the destruction.

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

This request for production of documents is continuing and any document obtained or located subsequent to production, which would have been produced, had it been available or its existence known at the time is to be supplied forthwith.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

(a)     the nature of the document (e.g., letter, memorandum, contract, etc.);

(b)     the author or sender of the document;

(c)     the recipient of the document;

(d)     the date the document was authored, sent, and/or received; and

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602.456.8900
www.mccarthylawyer.com

Nastulczykova v. PRA                              8                                    DISCOVERY

1       (e)    the reason such document is allegedly privileged.

2

3       Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

4       Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

5

6       Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

7       Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

8

9       Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

10

11

12

13       Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

14

15       "Identify" means that you should state:

16

17       (a) any and all names, legal, trade or assumed;

18       (b) all addresses used; and

19       (c) all telephone and tele-fax numbers used.

20

21       "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

22       "Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

23

24       The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

25

26

27

28   ///

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.mccarthylawyer.com

1    **REQUESTS FOR PRODUCTION**

2    **REQUEST NO. 1:**  Please produce a copy of all documents or computerized records, kept in any

3    form or manner, known to you or believed by you to exist concerning any of the events described

4    in plaintiff's Complaint or concerning any of the events which are the subject[s] of any allegations,

5    defense[s] or contentions you have raised to this lawsuit or in connection with this lawsuit.

6    **ANSWER:**

7

8

9    **REQUEST NO. 2:**  Please produce a complete and legible copy, transcription and summary of

10   any statement[s], in any recorded format, provided to you or your attorneys in connection with any

11   of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible item,

12   please produce that item for inspection and copying at the time of your responses or produce a copy

13   of that item with your responses.

14   **ANSWER:**

15

16

17   **REQUEST NO. 3:**

18   Please produce a complete and legible copy of each exhibit which you may attempt to introduce as

19   evidence at the trial of this case.

20   **ANSWER:**

21

22

23   **REQUEST NO. 4:**  For each paragraph of plaintiff's Complaint for which you deny the allegations,

24   please provide a copy of any evidence or proof which you believe may support each denial.

25   **ANSWER:**

26

27

28

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Nastulczykova v. PRA                            10                            DISCOVERY

**REQUEST NO. 5:**  Please produce a complete and legible copy of any communications you received from plaintiff, either directly or through counsel, and which you sent to plaintiff.

**ANSWER:**

### PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION

The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25) requests for admissions to another party. Each request must contain only one fact or one contention to admit or deny. A request may inquire about whether a document is genuine or accurate. You must admit or deny each of these requests, unless you object to a request, in which case you must state a reason for your objection. You may not object on the basis that you do not have knowledge or information concerning the request unless you have first made a reasonable inquiry to obtain knowledge or information.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Responses to requests for admissions are due forty (40) days from the date they are served, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or as ordered by the court.

If you do not respond to these requests for admissions by the date provided in this notice, your failure to respond may be considered as an admission of the requests.

### DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Nastulczykova v. PRA                      11                    DISCOVERY

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

    (a) any and all names, legal, trade or assumed;

    (b) all addresses used; and

    (c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

///

///

///

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602.456.8900
www.mccarthylawyer.com

Nastulczykova v. PRA                    12                    DISCOVERY

1    **REQUESTS FOR ADMISSION**

2    **REQUEST FOR ADMISSION NO. 1:**   Admit that you, Defendant, reported to one or more

3    Consumer Reporting Agency ("CRA") account information bearing the personal identifier[s] – i.e.

4    social security number or name – of plaintiff.

5    ☐ADMIT ☐DENY

6    **REQUEST FOR ADMISSION NO. 2:**   Admit that you, Defendant, failed to report to the CRA

7    known as TransUnion, LLC that plaintiff's Bank of America account ending in 3275 was disputed.

8    ☐ADMIT ☐DENY

9    **REQUEST FOR ADMISSION NO. 3:**   Admit that you, Defendant, received a dispute letter

10   regarding a Bank of America account ending in 3275.

11   ☐ADMIT ☐DENY

12

13

14   Respectfully submitted this 23rd day of April 2015.

15   MCCARTHY LAW, PLC

16   By:/S/Kevin Fallon McCarthy

17   Kevin Fallon McCarthy, Esq.
     Attorney for Defendants

18

19

20

21

22

23

24

25

26

27

28

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Nastulczykova v. PRA                              13                              DISCOVERY