UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Natalie Nastulczykova

**Defendant(s):** Portfolio Recovery Associates, LLC

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Kevin Fallon McCarthy**
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, Arizona  85251
602-456-8900

Defendant's Atty(s):

**Randy J. Aoyama**
Hinshaw & Culbertson LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona  85016
602-631-4400

**Amanda Hough**
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, Arizona  85251
602-456-8900

**Michael R. Ayers**
Hinshaw & Culbertson LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona  85016
602-631-4400

**REMOVAL FROM MARICOPA COUNTY, CASE #CC2015-071961RC**

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :    2. Removed From State Court

V. Nature of Suit:    890 Other Statutory Actions

VI. Cause of Action:    15 U.S.C § 1861, et seq.

http://www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl    5/28/2015

VII. Requested in Complaint

        Class Action: **No**
        Dollar Demand: **$10,000**
        Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** Michael R. Ayers

    **Date:** 5/29/2015

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**